GARY M. RESTAINO
United States Attorney
District of Arizona
CHRISTINE A. MELTON
Assistant U.S. Attorney
Arizona State Bar # 021649
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
christine.melton@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

Aug 31 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 23-07618MJ |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO SEAL CASE |
| Glen D. O'Neill, | |
| Defendant. | (UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 31st day of August, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Christine a Melton*
Digitally signed by CHRISTINE MELTON
Date: 2023.08.30 09:59:45 -07'00'

Christine A. Melton
Assistant U.S. Attorney

NDN