AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE

# UNITED STATES DISTRICT COURT
for the
District of Arizona

2023 SEP 1 AM 9: 12
TUCSON
DISTRICT OF ARIZONA

| United States of America | ) |
|---|---|
| v. | ) |
| Glen D. O'Neill | ) Case No. 23-07618MJ |
| | ) |
| Defendant | ) |

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

SEP 19 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Glen D. O'Neill                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Using an Explosive in Violation of a Local Oder, in violation of Title 36, Code of Federal Regulations, Section 261.52(b)

Count Two: Causing timber, trees, slash, brush or grass to burn without authorization by permit, in violation of Title 36, Code of Federal Regulations, Section 261.5(c)

Date:   08/31/2023

_Jacqueline M. Rateau_
Issuing officer's signature

City and state:   Tucson, Arizona

Jacqueline M. Rateau, United States Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 09/01/2023, and the person was arrested on (date) 09/18/2023
at (city and state)  BOSTON, MA.

Date:  09/18/2023

Subject arrested by USMS BOSTON
and Initialed on 09/18/2023
In the District of MASSACHUSETTS

Arresting officer's signature

Printed name and title